# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:  Stephen Bruce Dahm                    Case no. 10-75642-FJS
                                              Chapter 7
      Debtor.

## REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

    Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
| --- | --- |
| nTelos Inc.<br>Post Office Box 1990<br>Waynesboro, VA 22980 | $1.52 |
| **TOTAL** | **$1.52** |

Dated: November 10, 2011

*Carolyn L. Camardo* (signature)
Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

Printed: 11/10/11 08:34 AM                                                                    Page: 1

# Claims Distribution Small Checks

Trustee: CAROLYN L. CAMARDO (660050)

Case: 10-75642 - DAHM, STEPHEN BRUCE

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920092049681166 | 107 | 11/10/11 | 11 | 03/10/11 | 610 | Payee: U.S. Bankruptcy Court  nTelos Inc. | 65.62 | 65.62 | 1.52 | $1.52 |

Check Amount: 1.52

(*) Denotes objection to Amount Filed

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was served via the ECF System, this November 10, 2011 to:

Office of the US Trustee*
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510
[USTPRegion04.NO.ECF@usdoj.gov]

                                                Carolyn L. Camardo, Trustee